No. 692, Misc. WASHINGTON *v.* CALIFORNIA ADULT AUTHORITY. Supreme Court of California. Certiorari denied.

No. 697, Misc. BAXTER *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 698, Misc. BRYANT *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 699, Misc. SCOTT *v.* SUPERIOR COURT OF LOS ANGELES COUNTY. Supreme Court of California. Certiorari denied.

No. 701, Misc. HOWARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 702, Misc. NANCE *v.* WARDEN, MARYLAND PENITENTIARY. Baltimore City Court, Maryland. Certiorari denied.

No. 703, Misc. WALKER ET AL. *v.* WALKER ET AL. C. A. 4th Cir. Certiorari denied.

No. 710, Misc. CAINS *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 711, Misc. BARDE *v.* MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 717, Misc. HAWKINS *v.* CALIFORNIA STATE LEGISLATURE ET AL. Supreme Court of California. Certiorari denied.